Scott C. Glovsky, Bar No. 170477
Email: sglovsky@scottglovskylaw.com
Julia Zalba Seltz
Email: jseltz@scottglovskylaw.com
LAW OFFICES OF SCOTT C. GLOVSKY, APC
343 Harvard Avenue
Claremont, CA 91711
Website: www.scottglovsky.com
Telephone: (626) 243-5598
Facsimile: (866) 243-2243

LAW OFFICES OF CHRISTIAN J. GARRIS
CHRISTIAN J. GARRIS  SBN 175808
633 West Fifth Street, 28th Floor
Los Angeles, California 90071
Telephone: (213) 624-2900
Facsimile: (213) 624-2901
Email: cjg@christiangarris.com

Attorneys for Plaintiff

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CV 24-6460-HDV-AJRx

| | |
|---|---|
| SPERO KOULOURAS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC.; UNITED HEALTHCARE SERVICES, INC.; UNITEDHEALTHCARE INSURANCE COMPANY;<br><br>Defendants. | Case No. ~~1:24-CV-00171-KES-SAB~~<br><br>~~[PROPOSED]~~ ORDER OF DISMISSAL WITHOUT PREJUDICE |

The Stipulation re Dismissal without Prejudice of the parties pursuant to FRCP 41(a)(1)(A)(ii) having been filed, the above-captioned action is hereby dismissed without prejudice, with each party to bear their own attorneys' fees and costs. The clerk shall close the file.

**Stipulation re Dismissal Order**

1  IT IS SO ORDERED.

3  DATED: 10/21/25          By: _____
4                               Hon. Hernán D. Vera
5                               United States Magistrate Judge

**Stipulation re Dismissal Order**